# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: GERMAN AUTOMOTIVE
MANUFACTURERS ANTITRUST LITIGATION        MDL No. 2796

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −1)

On October 4, 2017, the Panel transferred 2 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2017). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 4, 2017, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 18, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.

ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California

by:_____
Deputy Clerk
Date: 19 October 2017

IN RE: GERMAN AUTOMOTIVE
MANUFACTURERS ANTITRUST LITIGATION  MDL No. 2796

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**CALIFORNIA CENTRAL**

| | | | |
|---|---|---|---|
| CAC | 2 | 17−05724 | Glen Reder et al v. Audi AG et al |
| CAC | 2 | 17−05865 | Victor Kremer et al v. BMW AG et al |
| CAC | 2 | 17−06302 | Donald Dutton et al v. Volkswagen AG |
| CAC | 2 | 17−06401 | Rudolf Grodzen et al v. BMW AG et al |

**CALIFORNIA SOUTHERN**

| | | | |
|---|---|---|---|
| CAS | 3 | 17−01678 | Sharma et al v. Volkswagen AG et al |

**FLORIDA SOUTHERN**

| | | | |
|---|---|---|---|
| FLS | 0 | 17−61528 | Cordover et al v. BMW AG et al |
| FLS | 9 | 17−81021 | Barker et at v. Audi AG et al |
| FLS | 9 | 17−81039 | Kebart v. Volkswagen AG et al |
| FLS | 9 | 17−81067 | Leiser v. BMW AG et al |

**MASSACHUSETTS**

| | | | |
|---|---|---|---|
| MA | 1 | 17−11682 | Madison Food Corp. et al v. BMW AG et al |

**MICHIGAN EASTERN**

| | | | |
|---|---|---|---|
| MIE | 2 | 17−12836 | Kotha et al v. BMW AG et al |

**NEW JERSEY**

| | | | |
|---|---|---|---|
| NJ | 2 | 17−05740 | SUMMER et al v. VOLKSWAGEN AG et al |
| NJ | 2 | 17−06210 | HOAR et al v. BMW NORTH AMERICA, LLC et al |
| NJ | 2 | 17−06417 | BLEVINS et al v. VOLKSWAGEN AG et al |
| NJ | 2 | 17−06588 | HUGHES v. VOLKSWAGEN AG et al |
| NJ | 2 | 17−07267 | NEWTON et al v. BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT et al |
| NJ | 2 | 17−07473 | CALDWELL et al v. BMW NORTH AMERICA, LLC et al |

NJ  2  17−07536  AUTOHAUS ACQUISITIONS, INC. v. AUDI AG et al